No. 38887.—Protests 400790–G, etc., of A. Sulka & Co. (New York).

Opinion by Tilson, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.